# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

July 17, 2008

Clerk, U.S. District Court
Eastern District of California, Fresno Division
2500 Tulare Street, Room 1501
Fresno, CA 93721–1321

Re: Ronald Nichols . v. James Hartley, Case No. 3:08–cv–01241–DMS–RBB

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

    Sincerely yours,

    W. Samuel Hamrick, Jr.,
    Clerk of the Court

    By: s/ L. Odierno, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants:

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD NICHOLS,<br><br>　　　　　　　Petitioner,<br><br>vs.<br><br>JAMES HARTLEY, Warden, et al.,<br><br>　　　　　　　Respondents. | Civil No.　08cv1241-DMS (RBB)<br><br>**ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA** |

　　　　Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges a parole eligibility hearing held in the Eastern District of California. In accordance with the practice of district courts in California, the Court transfers the Petition to the United States District Court for the Eastern District of California.

　　　　A petition for writ of habeas corpus may be filed in the United States District Court of the judicial district in which the petitioner is presently confined or the judicial district in which he was convicted and sentenced. See 28 U.S.C. § 2241(d); Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 497 (1973). Petitioner here was convicted in San Diego County Superior Court. (Pet. at 1.) That court is located in San Diego County, which is within the jurisdictional boundaries of the United States District Court for the Southern District of California. See 28 U.S.C. § 84(d). Petitioner is presently confined at Avenal State Prison in Avenal, California, where the parole consideration hearing at issue in this case was held. That prison is located in

1  Kings County, which is within the jurisdictional boundaries of the United States District Court
2  for the Eastern District of California. See 28 U.S.C. § 84(b). Jurisdiction over this Petition thus
3  exists in the Southern District and in the Eastern District. See 28 U.S.C. § 2241(d).

4  Pursuant to 28 U.S.C. § 1631, this Court may transfer this proceeding to a district with
5  proper jurisdiction under 28 U.S.C. § 2241(d). It is generally the practice of the district courts
6  in California to transfer habeas actions challenging a parole eligibility hearing to the district in
7  which the hearing was conducted. Any and all records, witnesses and evidence necessary for
8  the resolution of a petitioner's contentions are more readily available in that district. See
9  Braden, 410 U.S. at 497, 499 n.15; Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968). In
10 this case, that district is the Eastern District of California. Therefore, in the furtherance of
11 justice,

12 **IT IS ORDERED** that the Clerk of this Court transfer this matter to the United States
13 District Court for the Eastern District of California. See 28 U.S.C. § 2241(d).

14 **IT IS FURTHER ORDERED** that the Clerk of this Court serve a copy of this Order
15 upon Petitioner and upon the California Attorney General.

18 DATED: July 17, 2008

20 HON. DANA M. SABRAW
   United States District Judge