| | | |
|---|---|---|
| **Jeremy Donati/CAED/09/USCOURTS**<br>07/17/2008 03:38 PM | To | efile_information@casd.uscourts.gov |
| | cc | |
| | Subject | Re: Case ready for transfer |

The case is now opened. The CAED case # is 1:08-cv-1017 TAG.

Case 3:08-cv-01241-DMS-RBB   Document 3   Filed 07/17/2008   Page 1 of 1